**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. _____

ARAEL MEDINA, individually and
on behalf of all those similarly situated,

      Plaintiffs,

v.

RADIOLOGY ASSOCIATES OF SOUTH
FLORIDA, LLC,

      Defendant.

_____ /

<u>**DEFENDANT'S NOTICE OF REMOVAL**</u>

Defendant Radiology Associates of South Florida, LLC, ("***RASF***"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and with full reservation of all defenses, files this Notice of Removal to remove this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. In support of this Notice of Removal, RASF states as follows:

**I.    BACKGROUND**

1.    On June 2, 2023, Plaintiff Arael Medina, individually and on behalf of all those similarly situated ("***Medina***") filed a class action complaint against RASF in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, under Case No. 2023-017569-CA-01 (the "**State Court Action**").

2.    The State Court Action arises out of Medina's allegation that RASF violated the Fla. Stat. §559.72 (17) of the FCCPA. *See* Compl. ¶ 36.

## II.      REMOVAL TO THIS COURT IS TIMELY AND PROPER

3.      An action is timely removed when it is removed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1).  RASF was served with Plaintiff's Complaint on June 13, 2023, which is within 30 days of this Notice of Removal.

4.      In compliance with 28 U.S.C. § 1446(a), this Notice of Removal was filed in the District Court of the United States for the district and division within which the State Court Action is pending.  The United States District Court for the Southern District of Florida, Miami Division, is the District Court and division embracing the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, where the State Court Action is pending.  28 U.S.C. § 1441(a).

5.      In compliance with 28 U.S.C. § 1446(a), RASF attaches a copy of all process, pleadings, and orders served upon RASF and filed in the State Court Action.  *See* **Exhibit A**.

6.      As required 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and served on counsel for Medina.

7.      This Court has original jurisdiction over this civil action because it is a "civil action[] where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of a State and citizens or subjects of a foreign state." 28 U.S.C. § 1332(a)(2).

A.      **Amount in Controversy**

8.      "If removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy . . . ." 28 U.S.C. § 1446(c)(2).

9.      The Complaint seeks damages "in the millions of dollars." Compl. ¶ 32. Thus, the Complaint seeks damages well in excess of the $75,000 amount-in-controversy requirement.

B.      **Diversity of Citizenship**

10.     Medina is a resident of Miami-Dade County, and, therefore, a citizen of a Florida. Compl. ¶ 5.

11.     RASF is a limited liability corporation organized under the laws of Florida.  For diversity purposes, the citizenship of a limited liability company is determined by the citizenship of its members.  RASF's sole member is American Radiology, LLC.  American Radiology, LLC is a limited liability corporation organized under the laws of Florida. American Radiology, LLC's sole member is Redwood Radiology, LLC.  Redwood Radiology, LLC is a limited liability corporation organized under the laws of Delaware.  Radiology Partners, Inc. is the sole member of Redwood Radiology, LLC.  Radiology Partners, Inc. is a corporation organized under the laws of Delaware, with a principal place of business in El Segundo, California.  Thus, RASF is a citizen of Delaware and California for purposes of diversity jurisdiction.

12.     Because Medina is a citizen of Florida and RASF is a citizen of Delaware and California, complete diversity exists between all parties to this action.

III.    **CONCLUSION**

13.     For purposes of 28 U.S.C. § 1332, complete diversity of citizenship existed between Medina (who is a citizen of Florida) and RASF (who is a citizen of Delaware and California) at the time Medina commenced the State Court Action and continues to exist as of

the filing of this Notice of Removal.

14.     By filing this Notice of Removal, RASF does not waive any rights or defenses to which it is otherwise entitled, and RASF expressly reserves the right to assert all such defenses at a later time and to file counterclaims against Medina.

15.     This Notice of Removal is accompanied by the required filing fee of $402.00.

16.     As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on all parties of record, and a copy of this Notice of Removal has been filed contemporaneously with the Clerk of the Court for the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

WHEREFORE, Defendant RASF hereby gives notice that the above-described civil action pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, is discontinued and removed to the United States District Court for the Southern District of Florida, where it shall proceed as an action originally commenced therein.

**Dated:** July 13, 2023

Respectfully submitted,

**DUANE MORRIS LLP**
201 South Biscayne Boulevard, Suite 3400
Miami, Florida 33131
T: (215) 979-1977; F: (215) 689-4429

By:     /s/Kassia Fialkoff
        Alvin D. Lodish
        Florida Bar No.: 622273
        Kassia Fialkoff
        Florida Bar No.: 117708
        E-mail: alodish@duanemorris.com
                kfialkoff@duanemorris.com
        *Counsel for Defendant Radiology*
        *Associates of South Florida, LLC*

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Removal

was served, via electronic mail, this 13th day of July, 2023, upon:

Jibrael S. Hindi, Esq.
Jennifer G. Simil, Esq.
Shannon E. Gilvery, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
jen@jibraellaw.com
shannon@jibraellaw.com

By: /s/ Kassia Fialkoff
Kassia Fialkoff

# EXHIBIT A



**KP / ALL**
**Transmittal Number: 27101370**
**Date Processed: 06/14/2023**

# Notice of Service of Process

**Primary Contact:**   Ruth Hernandez
Radiology Partners, Inc.
2330 Utah Ave
Ste 200
El Segundo, CA 90245-4817

**Electronic copy provided to:**   Marty Arellano
Katelyn Flores
Rahil Doctor

| | |
|---|---|
| **Entity:** | Radiology Associates of South Florida, LLC<br>Entity ID Number  4175026 |
| **Entity Served:** | Radiology Associates of South Florida LLC |
| **Title of Action:** | Arael Medina vs. Radiology Associates Of South Florida LLC |
| **Matter Name/ID:** | Arael Medina vs. Radiology Associates Of South Florida LLC (14191270) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Class Action |
| **Court/Agency:** | Miami-Dade County Circuit Court, FL |
| **Case/Reference No:** | 2023-017569-CA-01 |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 06/13/2023 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Law Offices Of Jibrael S. Hindi, PLLC<br>954-907-1136 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

## IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

### Case No.: 2023-017569-CA-01

**ARAEL MEDINA,**

      **Plaintiff,**

**CIVIL ACTION SUMMONS**

v.

**RADIOLOGY ASSOCIATES OF SOUTH
FLORIDA LLC,**

      **Defendant.**

_____/

Date __6/13/23__ Time __8:00__
MCPL No. 111
is a certified process server in the
Circuit and County Courts
in and for the Second Judicial Circuit

### SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

      YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

<div align="center">

Radiology Associates of South Florida LLC
c/o Corporation Service Company
1201 Hays Street
Tallahassee Florida 32301

</div>

      Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, Jibrael. S. Hindi, Esq., The Law Offices of Jibrael S. Hindi, PLLC, 110 SE 6th Street, Suite 1744, Fort Lauderdale, Florida 33301, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on: ___6/9/2023___

Luis G. Montaldo, Clerk of the Court

By: _____
      As Deputy Clerk
              galez

## **IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away.

If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## **IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Dated: June 2, 2023

Respectfully Submitted,

 /s/ Shannon E. Gilvey
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail:    jen@jibraellaw.com
**SHANNON E. GILVEY, ESQ.**
Florida Bar No.: 1035934
E-mail: shannon@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 855-529-9540

*COUNSEL FOR PLAINTIFF*

## IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

<div align="center">Case No.</div>

**ARAEL MEDINA,**
*individually and on behalf of all*
*those similarly situated,*

   **Plaintiff,**

**v.**

**RADIOLOGY ASSOCIATES OF SOUTH**
**FLORIDA LLC,**

   **Defendant.**

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

### CLASS ACTION COMPLAINT

Plaintiff Arael Medina ("Plaintiff"), *individually and on behalf of all those similarly situated*, sues Defendant Radiology Associates of South Florida LLC ("Defendant") for violating the Florida Consumer Collection Practices Act ("FCCPA")

### JURISDICTION AND VENUE

1.  This Court has subject matter jurisdiction pursuant to Florida Rule of Civil Procedure 1.220 and Fla. Stat. § 26.012(2). The matter in controversy exceeds the sum or value of $50,000.00 exclusive of interest, costs, and attorney's fees.

2.  This Court has personal jurisdiction over Defendant because Defendant is operating, present, and/or doing business within this jurisdiction and because the complained of conduct of Defendant occurred within Miami-Dade County, Florida.

3.  Venue of this action is proper in this Court because, pursuant to Fla. Stat. § 47.011, et seq., the cause of action alleged below arose in Miami-Dade County, Florida.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

4.      Plaintiff has standing to maintain this action because Plaintiff suffered a legal injury as a result of Defendant's violations of the FCCPA, and because Plaintiff is not requesting an advisory opinion from this Court. Thus, Plaintiff has a sufficient stake in a justiciable controversy and seeks to obtain judicial resolution of that controversy.

## PARTIES

5.      Plaintiff is a natural person, and a citizen of the State of Florida, residing in Miami-Dade County, Florida.

6.      Defendant is a Florida Limited Liability Company, with its principal place of business located in El Segundo, California.

## DEMAND FOR JURY TRIAL

7.      Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## ALLEGATIONS

8.      On a date better known by Defendant, Defendant began attempting to collect a debt (the "Consumer Debt") from Plaintiff.

9.      The Consumer Debt is an obligation allegedly had by Plaintiff to pay money arising from a transaction between the creditor of the Consumer Debt, Defendant, and Plaintiff (the "Subject Service").

10.     Plaintiff is the alleged debtor of the Consumer Debt.

11.     The Subject Service was primarily for personal, family, or household purposes.

12.     The FCCPA defines "communication" as "the conveying of information regarding a debt directly or indirectly to any person through any medium." Fla. Stat. § 559.55(2).

13.     Defendant is a "person" within the meaning of Fla. Stat. § 559.72.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

14.     Section 559.72(17) of the FCCPA prohibits persons from communicating with a debtor between the hours of 9:00 PM and 8:00 AM in the debtor's time zone without the prior consent of the debtor.

15.     On May 22, 2023, Defendant sent an electronic mail communication to Plaintiff (the "Communication").

16.     Attached as Exhibit "A" is a copy of the Communication.

17.     The Communication was a communication in connection with the collection of the Consumer Debt.

18.     The First Communication was sent from noreply@imagineeveryware.com and delivered to Plaintiff's personal e-mail address.

19.     The First Communication advised Plaintiff that "You Have a New Bill… You have a new bill from Radiology Associates of South Florida, a division of MBB Radiology. You have until 06/16/2023 to pay your bill online."

20.     The Communication was sent by Defendant to Plaintiff at 9:16 PM in Plaintiff's zone.

21.     The Communication was received by Plaintiff from Defendant at 9:16 PM in Plaintiff's zone.

## CLASS ALLEGATIONS

### PROPOSED CLASS

22.     Plaintiff brings this lawsuit as a class action on behalf of Plaintiff, individually and on behalf of all other similarly situated persons as a class action. The "Class" that Plaintiff seeks to represent is the below-defined "FCCPA Class."

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

23.     The "**FCCPA Class**" consists of: **[1]** all persons with Florida addresses **[2]** that Defendant or someone on Defendant's behalf **[3]** sent an electronic mail communication to **[4]** between 9:00 PM and 8:00 AM **[5]** in connection with the collection of a consumer debt.

24.     Defendant and its employees or agents are excluded from the Class.

25.     Plaintiff does not know the number of members in the Class but believes the Class members number in the several thousands, if not more.

### NUMEROSITY

26.     Upon information and belief, Defendant has sent thousands of electronic mail communications to Florida consumers between 9:00 PM and 8:00 AM, whereby such electronic mail communication(s) violate 559.72(17). The members of the Class, therefore, are believed to be so numerous that joinder of all members is impracticable.

27.     The exact number and identities of the Class members are unknown at this time and can be ascertained only through discovery. Identification of the Class members is a matter capable of ministerial determination from Defendant's e-mail records.

### COMMON QUESTIONS OF LAW AND FACT

28.     There are numerous questions of law and fact common to the Class which predominate over any questions affecting only individual members of the Class. Among the questions of law and fact common to the Class are: [1] Whether Defendant sent an electronic communication to Plaintiff and members of the Class in connection with the collection of a consumer debt; [2] Whether Defendant sent such communication(s) between 9:00 PM and 8:00 AM; [3] Whether Defendant should be enjoined from such conduct in the future.

29.     The common questions in this case are capable of having common answers.  If Plaintiff's claim that Defendant routinely sends electronic mail communication(s) that violate

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

559.72(17) is accurate, Plaintiff and members of the Class will have identical claims capable of being efficiently adjudicated and administered in this case.

<div align="center">

**TYPICALITY**

</div>

30.     Plaintiff's claims are typical of the claims of the members of the Class, as they are all based on the same factual and legal theories.

<div align="center">

**PROTECTING THE INTERESTS OF THE CLASS MEMBERS**

</div>

31.     Plaintiff is a representative who will fully and adequately assert and protect the interests of the Class and has retained competent counsel. Accordingly, Plaintiff is an adequate representative and will fairly and adequately protect the interests of the Class.

<div align="center">

**SUPERIORITY**

</div>

32.     A class action is superior to all other available methods for the fair and efficient adjudication of this lawsuit because individual litigation of the claims of all members of the Class is economically unfeasible and procedurally impracticable. While the aggregate damages sustained by members of the Class are in the millions of dollars, the individual damages incurred by each member of the Class resulting from Defendant's wrongful conduct are too small to warrant the expense of individual lawsuits. The likelihood of individual members of the Class prosecuting their own separate claims is remote, and, even if every member of the Class could afford individual litigation, the court system would be unduly burdened by individual litigation of such cases.

33.     The prosecution of separate actions by members of the Class would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for Defendant. For example, one court might enjoin Defendant from performing the challenged acts, whereas another may not. Additionally, individual actions may be dispositive of the interests of the Class, although certain class members are not parties to such actions.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## COUNT 1
## <u>VIOLATION OF FLA. STAT. § 559.72(17)</u>

34.     Plaintiff, individually and on behalf of the FCCPA Class, incorporates by reference ¶¶ 8-33 of this Class Action Complaint.

35.     Pursuant to § 559.72(17) of the FCCPA, in collecting consumer debts, no person shall: "*[c]ommunicate with the debtor between the hours of 9 p.m. and 8 a.m. in the debtor's time zone without the prior consent of the debtor.*" Fla Stat. § 559.72(17) (emphasis added).

36.     As set forth above, Defendant sent an electronic communication to Plaintiff in connection with the collection of the Consumer Debt. *See* <u>Exhibit A</u>. The Electronic Communication was sent to Plaintiff between the hours of 9:00 PM and 8:00 AM in the time zone of Plaintiff. Defendant did not have the consent of Plaintiff to communicate with Plaintiff between the hours of 9:00 PM and 8:00 AM. As such, by Defendant sending the Communication referenced therein, Defendant violated § 559.72(17) of the FCCPA.

37.     WHEREFORE, Plaintiff, individually and on behalf of the FCCPA Class, requests relief and judgment as follows:

    (a)     Determine this action is a proper class action under Florida Rule of Civil
            Procedure;

    (b)     A declaration that Defendant's conduct and/or practices described herein
            violate § 559.72(17);

    (c)     Award Plaintiff and members of the FCCPA Class statutory damages
            pursuant to Fla. Stat., § 559.77(2);

    (d)     Enjoin Defendant from future violations of Fla. Stat., § 559.72(17) with
            respect to Plaintiff and the FCCPA Class;

    (e)     Award Plaintiff and members of the FCCPA Class reasonable attorneys'
            fees and costs, including expert fees, pursuant to Fla. Stat., § 559.77(2); and

    (f)     Any other relief that this Court deems appropriate under the circumstances.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: June 1, 2023

Respectfully Submitted,

  /s/ Shannon E. Gilvey
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail:   jen@jibraellaw.com
**SHANNON E. GILVEY, ESQ.**
Florida Bar No.: 1035934
E-mail: shannon@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 855-529-9540

*COUNSEL FOR PLAINTIFF*

# EXHIBIT "A"

 **Gmail**

<div align="right">Shannon Gilvey &lt;shannon@jibraellaw.com&gt;</div>

---

**Fwd: Your Medical Bill is Ready**

---

**Jennifer Simil** &lt;jen@jibraellaw.com&gt;            Thu, Jun 1, 2023 at 11:09 AM
To: Shannon Gilvey &lt;shannon@jibraellaw.com&gt;

---------- Forwarded message ---------
From: &lt;noreply@imagineeveryware.com&gt;
Date: Mon, May 22, 2023 at 9:16 PM
Subject: Your Medical Bill is Ready
To: &lt;ARAELMEDINA100@gmail.com&gt;



# You Have a New Bill

Hi Arael,

You have a new bill from Radiology Associates of South Florida, a division of MBB Radiology. You have until 06/16/2023 to pay your bill online.

Due Date: 06/16/2023
Amount Due: $10.26



Powered by 🅿 ImaginePay™

Unsubscribe

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>ELEVENTH</u>  JUDICIAL CIRCUIT, IN AND FOR <u>MIAMI-DADE</u>  COUNTY, FLORIDA

<u>Arael Medina</u>
Plaintiff

Case # _____
Judge  _____

vs.
<u>Radiology Associates of South Florida LLC</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

### III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

## CIRCUIT CIVIL

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
       ☐ Business governance
       ☐ Business torts
       ☐ Environmental/Toxic tort
       ☐ Third party indemnification
       ☐ Construction defect
       ☐ Mass tort
       ☐ Negligent security
       ☐ Nursing home negligence
       ☐ Premises liability—commercial
       ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
       ☐ Commercial foreclosure
       ☐ Homestead residential foreclosure
       ☐ Non-homestead residential foreclosure
       ☐ Other real property actions

☐ Professional malpractice
       ☐ Malpractice—business
       ☐ Malpractice—medical
       ☐ Malpractice—other professional
☒ Other
       ☐ Antitrust/Trade regulation
       ☐ Business transactions
       ☐ Constitutional challenge—statute or ordinance
       ☐ Constitutional challenge—proposed amendment
       ☐ Corporate trusts
       ☐ Discrimination—employment or other
       ☐ Insurance claims
       ☐ Intellectual property
       ☐ Libel/Slander
       ☐ Shareholder derivative action
       ☐ Securities litigation
       ☐ Trade secrets
       ☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
   ☐ Residential Evictions
   ☐ Non-residential Evictions
☐ Other civil (non-monetary)

### COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.** **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.** **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

 <u>1</u>

**VI.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
  ☒ yes
  ☐ no

**VII.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☒ no
  ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
  ☒ yes
  ☐ no

**IX.** **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
  ☐ yes
  ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Shannon Gilvey</u>    Fla. Bar # <u>1035934</u>
   Attorney or party       (Bar # if attorney)

<u>Shannon Gilvey</u>     <u>06/01/2023</u>
 (type or print name)     Date

- 3 -

Case 1:23-cv-22615-CMA   Document 1-7   Entered on FLSD Docket 07/13/2023   Page 24 of 31

## IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.

**ARAEL MEDINA,**
*individually and on behalf of all those similarly situated,*

     **Plaintiff,**

**v.**

**RADIOLOGY ASSOCIATES OF
SOUTH FLORIDA LLC,**

     **Defendant.**

_____/

### PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT

     Plaintiff Arael Medina propounds the following discovery requests on Defendant Radiology Associates of South Florida LLC. Responses to these discovery requests are due forty-five (45) days from the below service date. Attached as Appendix "A" are definitions of terms and phrases used in these discovery requests.

     The responses to these discovery requests must be sent *via* e-mail to: **Jibrael S. Hindi, Esq.,** at jibrael@jibraellaw.com, **Jennifer Simil, Esq.,** at jen@jibraellaw.com, and **Shannon E.Gilvey, Esq.,** at shannon@jibraellaw.com.

### CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on June 1, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Respectfully Submitted,

 /s/ Shannon E. Gilvey
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail:    jen@jibraellaw.com
**SHANNON E. GILVEY, ESQ.**
Florida Bar No.: 1035934
E-mail: shannon@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 855-529-9540

*COUNSEL FOR PLAINTIFF*

## INTERROGATORIES

(1)     Identify the number of persons that Defendant, or someone on Defendant's behalf, sent an electronic communication to between 9:00 PM and 8:00 AM in connection with the collection of a debt.

**Response:**


(2)     Identify, by name and e-mail address, each person that Defendant, or someone on Defendant's behalf, sent an electronic communication to between 9:00 PM and 8:00 AM in connection with the collection of a debt.

**Response:**


(3)     Identify the specific policies and procedures Defendant has implemented to prevent communicating with Florida consumers between 9:00 PM and 8:00 AM in connection with the collection of a debt.

**Response:**


*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **REQUEST FOR PRODUCTION OF DOCUMENTS**

*Please produce copies of the following documents*:

(1)     Copies of each e-mail Defendant, or someone on Defendant's behalf, sent to Plaintiff during the three (3) years prior to the commencement of the above-captioned action.

(2)     Copies of each e-mail Defendant, or someone on Defendant's behalf, sent between 9:00 PM and 8:00 AM in connection with the collection of a debt during the three (3) years prior to the commencement of the above-captioned action.

(3)     A list of the persons Defendant was asked to identify in response to Interrogatory No. 2.

(4)     Copies of Defendant's balance sheets, income statements, profit and loss statements, and any other documents which reflect Defendant's net worth for 2020 tax year.

(5)     Copies of Defendant's balance sheets, income statements, profit and loss statements, and any other documents which reflect Defendant's net worth for 2021 tax year.

(6)     Copies of Defendant's balance sheets, income statements, profit and loss statements, and any other documents which reflect Defendant's net worth for 2022 tax year.

(7)     Copies of Defendant's tax returns for the 2020 tax year.

(8)     Copies of Defendant's tax returns for the 2021 tax year.

(9)     Copies of Defendant's tax returns for the 2022 tax year.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **VERIFICATION**

Under penalties of perjury, I, the undersigned affiant, declare that I have read the above

Answers to Interrogatories, and that the Answers are true and correct.

_____

AFFIANT SIGNATURE

_____

PRINTED NAME OF AFFIANT

_____

CAPACITY / TITLE OF AFFIANT

**BEFORE ME**, the undersigned authority, personally appeared _____,

who produced as identification _____, bearing

number _____ expiring on _____ who

did take an oath, who stated that he/she is the person noted above, and that, according to his/her

best knowledge and belief, the forgoing answers are true and correct.

Sworn to and subscribed before me, this _____ day of _____, 202_____.

_____

SIGNATURE OF NOTARY

_____

PRINTED NAME OF NOTARY

```
┌─────────────────────────────────┐
│                                 │
│                                 │
│                                 │
│                                 │
│                                 │
└─────────────────────────────────┘
```

SEAL OF NOTARY

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## APPENDIX "A" – DEFINITIONS

(1)     "Action" shall mean the above captioned matter.

(2)     "Any," "All," and "each" shall be construed as any, all and each.

(3)     "And" shall mean and/or.

(4)     "Concern," "concerning," "refer," "referring," "relate,  " "relating," "regard," or "regarding" shall all mean documents which explicitly or implicitly, in whole or  in part, compare, were received in conjunction with, or were generated as a result of the subject matter of the request, including all documents which reflect, record, specify, memorialize, relate, describe, discuss, consider, concern, constitute, embody, evaluate, analyze, refer to, review, report on, comment on, impinge  upon, or impact the subject matter of the request;

(5)     "Complaint" means the operative Complaint filed in the above captioned action.

(6)     "Collection Letter" shall refer to the "Collection Letter" identified in the Complaint.

(7)     "Communication" or "sent" includes every manner or means of disclosure, transfer, or exchange of information, and/or attempt thereof, and every disclosure, transfer or exchange of information, whether orally or by document or whether face-to-face, by telephone, mail, electronic mail, personal delivery, or otherwise, and/or attempt thereof.

(8)     "Defendant," "you," and "your" shall mean the above-captioned Defendant, any of its directors, officers, sales, agents, managers, supervisors, general agents, agents (including attorneys, accountants, consultants, investment advisors or bankers), employees, representatives and any other persons purporting to act on their behalf. These defined terms include divisions, affiliates, subsidiaries, predecessor entities, acquired entities and/or related entities or any other entity acting or purporting to act on its behalf, including those who sought to communicate with Plaintiff during the relevant time-period whether by letter, e-mail, text message, or any other medium, regardless of whether successful or unsuccessful.

(9)     "Debt" shall refer to the obligation or purported obligation which Defendant sought to collect from Plaintiff in the Collection Letter.

(10)   "Document" means the original, and all non-identical copies (whether different from the original because of additional notations or otherwise), of all written, printed, typed, recorded, electronically or digitally stored, or graphic matter, however produced or reproduced, in the actual or constructive possession, custody, or control of plaintiff including, without limitation, all writings, drawings, graphs, charts, photographs, photographic records, sound reproduction tapes, data compilations (whether tangible or intangible from which information can be obtained, discerned, or can be translated through detection devices into a reasonably usable tangible form), correspondence, memoranda, data, notes of conversations, diaries, papers, letters, e-mail communications, telegrams,

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

messages of any kind, minutes of meetings, stenographic or hand-typed and written notes, appraisals, bids, account books, checks, invoices, ledgers, agreements, studies, estimates, reports, instructions, requests, pamphlets, brochures, applications, returns, pictures, books, journals, ledgers, corporate records, accounts, contracts, leaflets, administrative or governmental reports or returns, exhibits, maps, surveys, sketches, microfilm, Xerox or any other tangible things which constitute or contain matters within the scope of the Fed. R. Civ. P. 26, 33, 34 and 36.

(11)    "FCCPA" means the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 et seq.

(12)    "FDCPA" means the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq.

(13)    "Including" means: (1) including, but not limited to, or (2) including, without limitation. Any examples which follow these phrases are set forth to clarify the request, definition or instruction, not limited to the request, definition or instruction.

(14)    "Identify" with respect to natural person, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this paragraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

(15)    "Or" shall mean and/or.

(16)    "Payment" shall include all available methods of funds tender, including but not limited to: cash; money order, a negotiable instrument such as a check, note, or draft; an ACH debit; bank, wire, or electronic-funds transfer; and, credit-card payment.

(17)    "Person" or "Persons" shall mean natural persons, proprietorships, joint ventures, partnerships, corporations, trust, groups, associations, organizations, governmental agencies and all other entities.

(18)    "Plaintiff" or "Plaintiff's" shall mean the above-captioned Plaintiff.

(19)    "Relevant time period," "relevant period" or "during the relevant period" refers to a finite length of time, the duration of which is uninterrupted, that begins three years prior to commencement of the above captioned action, and ends on November 8, 2021.

(20)    "Third-party," "third-parties," "vendor," and/or "vendors," shall mean: any person or entity other than Plaintiff, Plaintiff's attorney, the current creditor of the Consumer Debt and said current creditor's attorney.

(21)    The phrase "as defined by the FDCPA" shall refer to the meaning and/or definition of a particular word or phrase set forth under 15 U.S.C. § 1692a.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

(22)   The phrase "as defined by the FCCPA" shall refer to the meaning and/or definition of a particular word or phrase set forth under Fla. Stat., § 559.55.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com