UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-CV-22615-CMA

ARAEL MEDINA,

    Plaintiff,

v.

RADIOLOGY ASSOCIATES OF SOUTH
FLORIDA LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Arael Medina submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: July 25, 2023

    Respectfully Submitted,

    /s/ Jennifer G. Simil                  .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail:   jen@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:      855-529-9540

*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 25, 2023, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

  /s/ Jennifer G. Simil          .
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195

PAGE | 2 of 2

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com